IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
AT HUNTINGTON

ROBERT A. FLAUGHER, as Administrator of the
Estate of Shahnaz Rumman,

                  Plaintiffs,

v.                                          Case No. 3:13-CV-28460

CABELL HUNTINGTON HOSPITAL, INC.,
UNIVERSITY PHYSICIANS & SURGEONS, INC.,
MARSHALL UNIVERSITY BOARD OF GOVERNORS,
JESSICA K. GRANGER,
CHRISTINE V. GUTIERREZ,
DAVID C. JUDE,
RANDY S. KINNARD,
BRENDA BROWN; and
Y. ALEXIS DAUGHERTY,

                  Defendants.

### DEFENDANTS', UNIVERSITY PHYSICIANS & SURGEONS, INC., MARSHALL UNIVERSITY BOARD OF GOVERNORS, JESSICA K. GRANGER, CHRISTINE V. GUTIERREZ, DAVID C. JUDE AND RANDY S. KINNARD, RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS TO ALL DEFENDANTS

COME NOW the defendants, University Physicians & Surgeons, Inc.,

Marshall University Board of Governors, Jessica K. Granger, Christine V.

Gutierrez, David C. Jude and Randy S. Kinnard, by counsel, D.C. Offutt, Jr., Anne

Liles O'Hare, and Offutt Nord Burchett, PLLC, and provide the following responses

to Plaintiff's First Request for Admission to all Defendants:

### REQUEST FOR ADMISSIONS

**REQUEST NO. 1:**  That no physician examined Dr. Rumman before 9:00

p.m. on September 28, 2011.



PLAINTIFF'S
EXHIBIT
16

RESPONSE:       These Defendants deny the allegations contained in Request No. 6.

REQUEST NO. 7:  That Dr. Rumman was not triaged in the Emergency Department.

RESPONSE:       These Defendants lack sufficient knowledge and information at this time to either admit or deny the allegations contained in Request No. 7.

REQUEST NO. 8:  That Dr. Rumman was triaged in the Outpatient Obstetrical Unit.

RESPONSE:       These Defendants admit that **Dr. Rumman was triaged in the Obstetrical Triage Unit.**

REQUEST NO. 9:  That Dr. Rumman was triaged in the Labor and Delivery Unit.

RESPONSE:       These Defendants deny the allegations contained in Request No. 9.

REQUEST NO. 10:  That Dr. Rumman was triaged in the Surgical/Intensive Care Unit.

RESPONSE:       Objection.  The word "triaged" is ambiguous in the context of this question.  Without waiving this objection, these Defendants lack sufficient knowledge and information at this time to either admit or deny the allegations contained in Request No. 10.

**REQUEST NO. 11:**  That when Dr. Rumman was triaged on September 28, 2011, she was not assigned a triage level/category.

**RESPONSE:**   These Defendants lack sufficient knowledge and information at this time to either admit or deny the allegations contained in Request No. 11.

**REQUEST NO. 12:**  That Dr. Rumman's assigned triage level/classification was not hand-written in her medical chart.

**RESPONSE:**   These Defendants admit the allegations contained in Request No. 12.

**REQUEST NO. 13:**  That Dr. Rumman's assigned triage level/classification was not electronically recorded in her medical chart.

**RESPONSE:**   These Defendants admit the allegations contained in Request No. 13.

**REQUEST NO. 14:**   That you performed a triage assessment of Dr. Rumman.

**RESPONSE:**   These Defendants deny the allegations contained in Request No. 14.  None of these defendants performed a triage assessment of Dr. Rumman.

**REQUEST NO. 15:**  That each time a nurse at Cabell-Huntington Hospital performs a triage assessment on a patient, the level of the triage classification must be noted in the patient's chart.

REQUEST NO. 53: That under the applicable standard of nursing care, any time an antibiotic is administered to a patient at Cabell-Huntington Hospital, the date and time it is administered to the patient must be noted in the patient's medical chart.

RESPONSE:    These Defendants lack sufficient knowledge and information at this time to either admit or deny the allegations contained in Request No. 53.

REQUEST NO. 54: That under the applicable standard of medical care, any time an antibiotic medication is administered to a patient at Cabell-Huntington Hospital, the date and time it is administered to the patient must be noted in the patient's medical chart.

RESPONSE:    These Defendants admit the allegations contained in Request No. 54.

UNIVERSITY PHYSICIANS &
SURGEONS, INC., MARSHALL
UNIVERSITY BOARD OF GOVERNORS,
JESSICA K. GRANGER, CHRISTINE V.
GUTIERREZ, DAVID C. JUDE and
RANDY S. KINNARD,

BY COUNSEL

/s/ D. C. Offutt, Jr.
D.C. Offutt, Jr., Esquire (WV Bar No. 2773)
Anne Liles O'Hare, Esquire (WV Bar No. 9171)
*Offutt Nord Burchett, PLLC*
949 Third Avenue, Suite 300
P.O. Box 2868
Huntington, West Virginia  25701
(304) 529-2868 - Office
(304) 529-2999 - Facsimile
dcoffutt@onblaw.com
alohare@onblaw.com

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
AT HUNTINGTON

ROBERT A. FLAUGHER, as Administrator of the
Estate of Shahnaz Rumman,
                                        Plaintiffs,

v.                                                      Case No. 3:13-CV-28460

CABELL HUNTINGTON HOSPITAL, INC.,
UNIVERSITY PHYSICIANS & SURGEONS, INC.,
MARSHALL UNIVERSITY BOARD OF GOVERNORS,
JESSICA K. GRANGER,
CHRISTINE V. GUTIERREZ,
DAVID C. JUDE,
RANDY S. KINNARD,
BRENDA BROWN; and
Y. ALEXIS DAUGHERTY,
                                        Defendants.

## CERTIFICATE OF SERVICE

I, D. C. Offutt, Jr. Esquire, counsel for Defendants', University Physicians &
Surgeons, Inc., Marshall University Board of Governors, Jessica K. Granger,
Christine V. Gutierrez, David C. Jude and Randy S. Kinnard, state that the
foregoing "Defendants', University Physicians & Surgeons, Inc., Marshall
University Board of Governors, Jessica K. Granger, Christine V. Gutierrez,
David C. Jude and Randy S. Kinnard, Responses to Plaintiff's First
Request for Admissions to All Defendants" was served upon counsel, via U. S.
Mail, postage prepaid, this 15th day of May, 2014.

                    C. Benjamin Salango, Esquire
                    *Preston & Salango, PLLC*
                    P.O. Box 3084
                    Charleston, WV 25331
                    *Co-Counsel for Plaintiff*

Rodney M. Gaston, Esquire
*Miller & Zois, LLC*
7310 Ritchie Highway
Suite 1001
Glen Burnie, MD 21061
*Pro hac vice*

Rebecca C. Brown
*Bailes, Craig & Yon, PLLC*
P.O. Box 1926
Huntington, WV 25720
*Counsel for Cabell Huntington Hospital,*
*Brenda Brown and Y. Alexis Daugherty*


/s/ D. C. Offutt, Jr
D. C. Offutt, Jr., Esquire (WV Bar No. 2773)