# In The Matter Of:

## ROBERT A. FLAUGHER
### vs.
## CABELL HUNTINGTON HOSPITAL, INC., ET AL.

### DR. DAVID JUDE
*September 10, 2014*

**MERRILL LAD**
1325 G Street NW, Suite 200, Washington, DC
Phone: 800.292.4789   Fax: 202.861.3425

**PLAINTIFF'S EXHIBIT 11**

DR. DAVID JUDE - 9/10/2014

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT

OF WEST VIRGINIA AT HUNTINGTON

* * * * * * * *

ROBERT A. FLAUGHER, as          *

Administer of the Estate        *

Of Shahnaz Rumman,              *

    Plaintiff,                  *  Case No.

    vs.                         *  3:13-cv-28460

CABELL HUNTINGTON               *

HOSPITAL, INC., et al.,         *

    Defendants.                 *

* * * * * * * *

VIDEOTAPED DEPOSITION

OF

DR. DAVID JUDE

September 10, 2014

Any reproduction of this transcript

is prohibited without authorization

by the certifying agency.

| | | |
|---|---|---|
| 1 | A. I discussed --- I did not discuss her condition | 12:35:57 |
| 2 | with the attending intensivist. I remember speaking to | 12:36:00 |
| 3 | Dr. Kinnard, but I can't remember when and under what | 12:36:05 |
| 4 | circumstances. | 12:36:09 |
| 5 | Q. All right. And are you claiming that Dr. --- is | 12:36:10 |
| 6 | there any claim or contention on your part that Dr. | 12:36:38 |
| 7 | Rumman did or didn't do anything that caused or | 12:36:41 |
| 8 | contributed to her demise? | 12:36:45 |
| 9 | A. I don't know of any --- you know, again, when | 12:36:47 |
| 10 | she initially presented, we didn't know of leaking | 12:36:53 |
| 11 | fluid. Again, Dr. Gutierrez note's written after | 12:36:57 |
| 12 | everything is confirmed. If she thought she was leaking | 12:36:59 |
| 13 | fluid the previous day, I would have --- think that | 12:37:03 |
| 14 | evaluating her the previous day when she thought she was | 12:37:08 |
| 15 | leaking fluid would have been beneficial. | 12:37:11 |
| 16 | Q. But we don't know to the extent the fluid was | 12:37:16 |
| 17 | leaking? | 12:37:21 |
| 18 | A. Again, if she --- she obviously --- I mean, by | 12:37:21 |
| 19 | having an intrauterine infection, it's obvious that she | 12:37:23 |
| 20 | had --- or appears to be obvious that she had been | 12:37:26 |
| 21 | leaking fluid for some time. Had we known about it a | 12:37:30 |
| 22 | day earlier and been able to treat her a day earlier, | 12:37:34 |
| 23 | that we may have had a different outcome. | 12:37:41 |
| 24 | Q. Do you think it was negligent on her part for | 12:37:43 |

```
 1   not going to the emergency room if she was leaking        12:37:46
 2   fluid?                                                    12:37:49
 3       A.   I don't think you can say it was negligent on    12:37:51
 4   her part.  I think that's a little strong.                12:37:52
 5       Q.   Okay.                                            12:37:52
 6       A.   And especially in light of the outcome in this   12:37:55
 7   case.  I mean, people that are pregnant, you know, make   12:37:57
 8   decisions all the time about this is normal for           12:38:01
 9   pregnancy, or I think this is normal, or this is          12:38:03
10   abnormal.  And so, I don't think --- I mean I can't say   12:38:07
11   that.                                                     12:38:09
12       Q.   You're not going to be claiming that?            12:38:09
13       A.   No, I think that's kind of --- no.  It's not     12:38:12
14   quite the right thing to do.                              12:38:16
15       Q.   Okay.  All right.                                12:38:18
16            ATTORNEY GASTON:  I just need a few              12:38:24
17   minutes, but I think I'm done.  If you could just give    12:38:25
18   me one or two minutes.  Unless counsel has questions.     12:38:29
19   You can go ahead with your questions while I review my    12:38:34
20   notes.  But I don't know if your attorney or Ms. Brown    12:38:34
21   has any questions.                                        12:38:38
22            ATTORNEY BROWN:  I might have a couple           12:38:38
23   questions, Doctor.  Let me just review real quick.  All   12:38:40
24   right.  You caught me off guard.  One question I have.    12:38:44
```