# In the Matter Of:

ROBERT A. FLAUGHER

*vs.*

CABELL HUNTINGTON HOSPITAL, INC., ET AL

---

ANGELA BIANCO, M.D.
*February 11, 2015*

---

**MERRILL LAD**
1325 G Street NW, Suite 200, Washington, DC
Phone: 800.292.4789   Fax: 202.861.3425

PLAINTIFF'S EXHIBIT 12

ANGELA BIANCO, M.D. - 2/11/2015

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA AT HUNTINGTON

------------------------------------------X

ROBERT A. FLAUGHER, as Administrator of
the Estate of Shahnaz Rumman;

       Plaintiff,

 -against-  Case No. 3:13-cv-28460

CABELL HUNTINGTON HOSPITAL, INC., et al.,

       Defendants.

------------------------------------------X

       Mount Sinai Medical Center
       Klingenstein Pavillion
       1176 Fifth Avenue
       New York, New York


       February 11, 2015

       4:18 P.M.



  VIDEOTAPED DEPOSITION of ANGELA BIANCO, M.D., an

Expert Witness herein, taken by Plaintiff, pursuant to Notice.



Job No,. WDC-024979

Pages: 1 - 111

       -oo0oo-

| | | | |
|---|---|---|---|
| 1 | | Dr. Rumman had came to the hospital 24 hours | 18:06:39 |
| 2 | | before that, she would have survived? | 18:06:42 |
| 3 | | A   It's -- I think that she would have | 18:06:46 |
| 4 | | increased her chances of survivability, yes. | 18:06:48 |
| 5 | Q | By how much? | 18:06:51 |
| 6 | | A   I can't put a number on that. | 18:06:53 |
| 7 | Q | And in order to put the blame on Dr. Rumman | 18:06:54 |
| 8 | | for not coming to the hospital earlier, | 18:07:03 |
| 9 | | what -- | 18:07:07 |
| 10 | | A   If I can just interject, I wouldn't say | 18:07:07 |
| 11 | | that I am blaming her for not coming to the | 18:07:09 |
| 12 | | hospital earlier. | 18:07:12 |
| 13 | Q | Okay. | 18:07:13 |
| 14 | | A   People have a variety of reasons for not | 18:07:14 |
| 15 | | reporting signs and symptoms. | 18:07:16 |
| 16 | Q | Right. | 18:07:18 |
| 17 | | And a doctor would have to be able to | 18:07:20 |
| 18 | | recognize the importance of the leaking fluid, | 18:07:22 |
| 19 | | have to know how much fluid leaked, whether | 18:07:27 |
| 20 | | there was infection there, an infection not | 18:07:29 |
| 21 | | there, correct? | 18:07:31 |
| 22 | | A   No.   You can't ascertain as a patient | 18:07:32 |
| 23 | | whether or not there is an infection | 18:07:35 |
| 24 | | present -- | 18:07:37 |
| 25 | Q | Right, okay. | 18:07:37 |