# In The Matter Of:

## ROBERT A. FLAUGHER
### vs.
## CABELL HUNTINGTON HOSPITAL, INC., ET AL.

### DR. DAVID JUDE
*September 10, 2014*

**MERRILL LAD**
1325 G Street NW, Suite 200, Washington, DC
Phone: 800.292.4789   Fax: 202.861.3425

PLAINTIFF'S EXHIBIT 13

DR. DAVID JUDE - 9/10/2014

Page 1

```
               IN THE UNITED STATES DISTRICT COURT

                  FOR THE SOUTHERN DISTRICT

                OF WEST VIRGINIA AT HUNTINGTON

                      * * * * * * * *

ROBERT A. FLAUGHER, as      *

Administer of the Estate    *

Of Shahnaz Rumman,          *

      Plaintiff,            *   Case No.

      vs.                   *   3:13-cv-28460

CABELL HUNTINGTON           *

HOSPITAL, INC., et al.,     *

      Defendants.           *

                      * * * * * * * *

                    VIDEOTAPED DEPOSITION

                             OF

                       DR. DAVID JUDE

                    September 10, 2014




              Any reproduction of this transcript

              is prohibited without authorization

                  by the certifying agency.
```

DR. DAVID JUDE - 9/10/2014

Page 51

| | | |
|---|---|---|
| 1 | A. Sometime the following day --- but right --- | 11:44:50 |
| 2 | shortly before she was intubated, when she developed a | 11:44:53 |
| 3 | consumptive coagulopathy, when she developed DIC, the | 11:44:59 |
| 4 | intensive care team wanted to intubate her and provide | 11:45:02 |
| 5 | respiratory support. And I think she was originally | 11:45:07 |
| 6 | reluctant to do that. I spoke with Dr. Rumman then and | 11:45:10 |
| 7 | told her about --- that she was in DIC and that the | 11:45:16 |
| 8 | intensive has recommended intubation and why they | 11:45:20 |
| 9 | recommended intubation, and she agreed to it at that | 11:45:23 |
| 10 | point. | 11:45:27 |
| 11 | Q. At any time during your care and treatment of | 11:45:27 |
| 12 | Dr. Rumman did she fail to follow your instructions for | 11:45:31 |
| 13 | her medical care? | 11:45:36 |
| 14 | A. The only thing that she wanted to delay, as far | 11:45:37 |
| 15 | as what we did, was --- was to delay the delivery. And | 11:45:43 |
| 16 | she agreed sometime --- a few minutes after that, to | 11:45:47 |
| 17 | agree to proceed with letting us deliver. | 11:45:52 |
| 18 | Q. Other than that, is there any other time during | 11:45:54 |
| 19 | your treatment with Dr. Rumman that she failed to follow | 11:45:58 |
| 20 | any of your medical advice? | 11:46:01 |
| 21 | A. I understand that from the intensive care --- or | 11:46:01 |
| 22 | intensive care unit team told me that she had declined a | 11:46:05 |
| 23 | central line and some other interventions while she was | 11:46:08 |
| 24 | there, but not under my direct care. | 11:46:11 |