# In The Matter Of:

## ROBERT A. FLAUGHER
### vs.
## CABELL HUNTINGTON HOSPITAL, INC., ET AL.

## DR. DAVID JUDE
### September 10, 2014

**MERRILL LAD**
1325 G Street NW, Suite 200, Washington, DC
Phone: 800.292.4789   Fax: 202.861.3425

PLAINTIFF'S EXHIBIT 14

DR. DAVID JUDE - 9/10/2014

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT

OF WEST VIRGINIA AT HUNTINGTON

* * * * * * * * *

| | |
|---|---|
| ROBERT A. FLAUGHER, as | * |
| Administer of the Estate | * |
| Of Shahnaz Rumman, | * |
| Plaintiff, | * Case No. |
| vs. | * 3:13-cv-28460 |
| CABELL HUNTINGTON | * |
| HOSPITAL, INC., et al., | * |
| Defendants. | * |

* * * * * * * * *

VIDEOTAPED DEPOSITION

OF

DR. DAVID JUDE

September 10, 2014

Any reproduction of this transcript

is prohibited without authorization

by the certifying agency.

```
 1    and respiratory management would be better to take care      11:34:52
 2    of her.                                                       11:34:59
 3        Q.   Doctor, from your education and training, are       11:34:59
 4    you familiar with the time that it takes a bacteria ---      11:35:01
 5    the number of bacteria in a patient's body to double          11:35:06
 6    without any treatment --- without any antibiotic              11:35:10
 7    treatment?                                                    11:35:12
 8        A.   I can't recall that.  I mean, I've heard that       11:35:13
 9    principle.  I can't recall what that is at this point.        11:35:17
10        Q.   Okay.  So would it be fair to say, then, when       11:35:20
11    you treated Dr. Rumman, you did not know how quickly the      11:35:23
12    bacteria in the body would multiply over two or three         11:35:28
13    hours?                                                        11:35:32
14        A.   Correct.                                             11:35:33
15        Q.   Okay.  I think you testified that Dr. Rumman        11:35:34
16    wanted to delay the delivery of her baby until her            11:35:46
17    husband was at the hospital?                                  11:35:50
18        A.   Yes.                                                 11:35:51
19        Q.   Okay.  But I think, then, you convinced her that   11:35:51
20    this was a situation that required the immediate              11:35:54
21    evacuation of the baby; correct?                              11:35:59
22        A.   Yes.                                                 11:36:00
23        Q.   And did she, then, agree with your plan of care?    11:36:01
24        A.   Yes.                                                 11:36:03
```

DR. DAVID JUDE - 9/10/2014

Page 44

| | | |
|---|---|---|
| 1 | Q. Okay. And I think that's when the Misoprostol was administered vaginally in order to facilitate the delivery of the baby? | 11:36:04 11:36:06 11:36:09 |
| 4 | A. Yes. | 11:36:11 |
| 5 | Q. Did any significant period of time go by between the time Dr. Rumman first was reluctant to immediately deliver the baby and the time the Misoprostol was administered? | 11:36:11 11:36:14 11:36:17 11:36:20 |
| 9 | A. There was a time, I can't remember how long it was. | 11:36:21 11:36:24 |
| 11 | Q. Did that delay, in your opinion, in any way affect the ultimate outcome in this case? | 11:36:24 11:36:28 |
| 13 | A. I don't think so. | 11:36:31 |
| 14 | Q. Okay. Do you know who recommended the administration of a central line? | 11:36:32 11:36:37 |
| 16 | A. No, I do not. | 11:36:41 |
| 17 | Q. Would that be something you would do, or would that be something a different physician would do for a patient? | 11:36:42 11:36:44 11:36:47 |
| 20 | A. The physicians in the intensive care unit would recommend that. | 11:36:48 11:36:51 |
| 22 | Q. Is there a reason you didn't request an infectious disease consultation with Dr. Rumman before she was transferred to intensive care unit? | 11:36:52 11:36:57 11:36:58 |