**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
AT HUNTINGTON**

**ROBERT A. FLAUGHER, as Administrator of the
Estate of Shahnaz Rumman,**

**Plaintiff,**

**v.**                                                                      **Case No. 3:13-CV-28460**

**CABELL HUNTINGTON HOSPITAL, INC.,
UNIVERSITY PHYSICIANS & SURGEONS, INC.,
MARSHALL UNIVERSITY BOARD OF GOVERNORS,
JESSICA K. GRANGER,
CHRISTINE V. GUTIERREZ,
DAVID C. JUDE,
RANDY S. KINNARD,
BRENDA BROWN; and
Y. ALEXIS DAUGHERTY,**

**Defendants.**

## NOTICE OF SETTLEMENT

COME NOW, all parties hereto, by their respective counsel, pursuant to

Local Rule of Civil Procedure 16.6.8 and give notice to the Court that this case has

been settled as to all parties.  The parties will, within thirty (30) days from the date

hereof, file with the Court a Petition to Approve Wrongful Death Settlement.

**RESPECTFULLY SUBMITTED,**

Prepared By:

/s/ D. C. Offutt, Jr.
D.C. Offutt, Jr., Esquire (WV Bar No. 2773)
Anne Liles O'Hare, Esquire (WV Bar No. 9171)
***Offutt Nord Burchett, PLLC***
949 Third Avenue, Suite 300
P.O. Box 2868
Huntington, West Virginia  25701
(304) 529-2868 - Office
(304) 529-2999 - Facsimile
dcoffutt@onblaw.com
alohare@onblaw.com

Approved By:

/s/ C. Benjamin Solango
C. Benjamin Salango, Esquire (WV Bar No. 7790)
**_Preston & Salango, PLLC_**
P.O. Box 3084
Charleston, WV  25331
(304) 342-0512
(304) 342-0153
_Co-Counsel for Plaintiff_

/s/ Rodney M. Gaston
Rodney M. Gaston, Esq
**_Miller & Zois_**
1 South Street, Suite 2450
24th Floor
Baltimore, MD 21202
 (410) 553-6000
_Pro hac vice_

/s/ Rebecca C. Brown
Rebecca C. Brown, Esquire (WV Bar No. 7321)
**_Bailes, Craig & Yon, PLLC_**
P.O. Box 1926
Huntington, WV 25720
(304) 697-4700
(304) 697-4714 - Fax
rcb@bcyon.com
_Counsel for Cabell Huntington Hospital,_
_Brenda Brown and Y. Alexis Daugherty_

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
AT HUNTINGTON

ROBERT A. FLAUGHER, as Administrator of the
Estate of Shahnaz Rumman,

                                          **Plaintiff,**

v.                                 **Case No. 3:13-CV-28460**

CABELL HUNTINGTON HOSPITAL, INC.,
UNIVERSITY PHYSICIANS & SURGEONS, INC.,
MARSHALL UNIVERSITY BOARD OF GOVERNORS,
JESSICA K. GRANGER,
CHRISTINE V. GUTIERREZ,
DAVID C. JUDE,
RANDY S. KINNARD,
BRENDA BROWN; and
Y. ALEXIS DAUGHERTY,

                                        **Defendants.**

### CERTIFICATE OF SERVICE

       I, D.C. Offutt, Jr., counsel for Defendants, Marshall University Board of Governors, University Physicians & Surgeons, Inc., Jessica K. Granger, Christine V. Gutierrez, David C. Jude, and Randy S. Kinnard, state that on the **7th** day of **April, 2015**, I electronically filed *"Notice of Settlement"* with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

                        C. Benjamin Salango, Esquire
                        ***Preston & Salango, PLLC***
                        P.O. Box 3084
                        Charleston, WV  25331
                        *Co-Counsel for Plaintiff*

                        Rodney M. Gaston, Esq
                        Miller & Zois
                        1 South Street, Suite 2450
                        24th Floor
                        Baltimore, MD 21202
                        *Pro hac vice*

Rebecca C. Brown
**_Bailes, Craig & Yon, PLLC_**
P.O. Box 1926
Huntington, WV 25720
*Counsel for Cabell Huntington Hospital,*
*Brenda Brown and Y. Alexis Daugherty*


/s/ D. C. Offutt, Jr.
D. C. Offutt, Jr., Esquire (WV Bar No. 2773)