

FILED

APR - 8 2015

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

STYLE OF CASE: <u>Robert A. Flaugher, as Adm. of the Est. of Shahnaz Rumman v. Cabell Huntington Hospital, Inc., et al.</u>

CIVIL ACTION NO.: <u>3:13-CV-28460</u>

## REPORT OF MEDIATOR

A Settlement Conference was held in the above styled case on <u>April 3, 2015</u>
(Date)
in <u>Huntington</u>, West Virginia. As a result of this conference:
(Location)

1. <u>  X  </u> This case was settled.

2. _____ Additional mediation will take place in this Case during the next two Weeks, after which this form will be updated and resubmitted.

3. _____ This case was not settled and it is my opinion that:

    (a) _____ The next step should be a Court-conducted status conference.

    (b) _____ The next step should be a Court-conducted settlement conference.

    (c) _____ This case should proceed in normal course.

4. _____ Counsel for the parties and the parties have authorized the mediator to Supplement this mediation report by stating the following (use additional page or pages, if necessary):

_____
_____
_____
_____

MEDIATOR: <u>Stephen J. Dalesio, Esq.</u>

DATE: <u>April 6, 2015</u>

***Please mail this form to the appropriate Clerk's office.