# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Huntington
Date: 5/18/2015                                                    Case Number 3:13-cv-28460
Case Style: Flaugher vs. Cabell Huntington Hospital, Inc. et al
Type of hearing Settlement Hearing
Before the honorable: 2514-Chambers
Court Reporter Teresa Ruffner                                      Courtroom Deputy Law Clerk
Attorney(s) for the Plaintiff or Government Ben Salango, Rod Gaston


Attorney(s) for the Defendant(s) Rebecca Brown, DC O


Law Clerk Cassie McCrae                                            Probation Officer

## Trial Time


## Non-Trial Time

Other non-evidentiary hearing. Type: summary proceeding


## Court Time

11:02     to 11:33
Total Court Time: 0 Hours 31 Minutes Non-Trial Time/Uncontested Time


## Courtroom Notes

Hearing scheduled to commence:  11:00 am
Hearing commenced: 11:02 am

Plaintiff presentation of settlement terms

Exhibit 1: Affidavit of Dr. Rumman's mother, Begum Monowara
Exhibit 2: Affidavit and waiver signed by Dr. Rumman's mother, Begum Monowara
Exhibit 3: Affidavit and consent signed by Dr. Rumman's mother, Begum Monowara
Exhibit 4: Affidavit and consent signed by Dr. Rumman's brother, Mir Mostafizur Rahman
Exhibit 5: Waiver signed by Dr. Rumman's brother, Mir Mostafizur Rahman
Exhibit 6: Affidavit and consent by Dr. Rumman's brother, Mir Estafizur Rahman
Exhibit 7: Waiver signed by Dr. Rumman's brother, Mir Estafizur Rahman

Exhibits 1-7 admitted, to be filed under seal.

Testimony of Kazi Hossain
Proffer by Robert Flaughter, Administrator of Estate
Summary of findings by Guardian Ad Litem, Connor Robertson

The Court finds that settlement is fair and reasonable.
The Court finds that the attorney fees and costs are fair and reasonable.
The Court approves the allocation of proceeds.
The Court ORDERS addendum to release to be filed under seal with the proposed order.

Recess: 11:33 am